JOHN C. STANLEY, as Trustee in Bankruptcy for the AMERICAN AND BRITISH MANUFACTURING CORPORATION, Respondent, v. J. J. McCABE LATHE AND MACHINERY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Supplementary Proceedings: LOUIS KAISER and Another, as Copartners, etc., Judgment Creditors, Appellants, v. THOMAS J. BRITTON, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH MOGUL, INC., Respondent, v. C. LEWIS LAVINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FANNIE SILVERSTONE, Appellant, v. MAX SILVERSTONE, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

M. R. S. BUILDING CORPORATION, Appellant, v. R. H. R. REALTY CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within thirty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUTH O'NEILL, Respondent, v. ALEXANDER J. HAMMERSLOUGH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE MANHATTAN LIFE INSURANCE COMPANY, Respondent, v. WALL INVESTING CORPORATION, Defendant, Impleaded with FILLMORE HOLDING Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [131 Misc. 363.]

KENNETH M. MURCHISON, Respondent, v. THE McCALL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

E. A. THOMPSON, INC., Respondent, v. SCHUYLKILL FUEL CORPORATION, Appellant, Impleaded, etc.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.